# United States Court of Appeals
## For the First Circuit

No. 16-1700

UNITED STATES OF AMERICA,

Appellee,

v.

JULIO CUETO-NÚÑEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 25, 2017, is amended as follows:

Page 17, line 22: Change "Id." to "Id."

Page 17, line 24: Delete "[Blue Br. 30]"